**Order entered August 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00804-CV

## IN RE BLAKE BRANSON, Relator

### Original Proceeding from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-56453-2014

# ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     LESLIE OSBORNE
         JUSTICE